UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DIRECT GENERAL INSURANCE
COMPANY,

    Plaintiff,

v.

                                          Case No. 3:23-cv-380-TJC-PDB

SEAN L. CREAMER and DELVIS
T. EASON,

    Defendants.

## FINAL DECLARATORY JUDGMENT

This is an insurance bad faith case under Florida law. Plaintiff Direct General Insurance Company ("DGIC") brought this action for declaratory judgment and other relief under 28 §§ U.S.C. 2201–2202. (Doc. 1). Specifically, DGIC sought declarations that it "properly discharged its obligations of good faith in the evaluation of [Defendant] Creamer's claim[,]" that it "is without liability to either [Defendant] Creamer or Eason for any amount in excess of the applicable bodily injury liability limits[,]" and that "[Defendants] Eason and Creamer take nothing by this action . . . ." (Doc. 34 at 14). On September 30, 2025, the Court granted DGIC's motion for summary judgment, finding that the "safe harbor" provision of the Florida bad faith statute, Fla. Stat. § 624.155(4)(a), properly applied, barring a bad faith action by the

Defendants against DGIC. (Doc. 121). Based on this ruling, which is incorporated herein, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiff Direct General Insurance Company is not liable to Defendants Delvis T. Eason and Sean L. Creamer for insurance bad faith arising from the relevant insurance policy (Personal Auto Policy No. 09FLPA142815662).

2. Plaintiff Direct General Insurance Company is not liable to Defendants Delvis T. Eason and Sean L. Creamer for any amount in excess of the applicable bodily injury liability limits. Accordingly, Plaintiff Direct General Insurance Company is not liable for the excess verdict returned and final judgment entered in <u>Delvis T. Eason v. Sean L. Creamer</u>, Case No. 2019-422-CA (Fla. 7th Cir. Ct. 2023).

3. As stated in the Court's Order granting Plaintiff Direct General Insurance Company's Motion for Default Judgment against Defendant Sean L. Creamer (Doc. 137), default judgment is entered in favor of Plaintiff Direct General Insurance Company and against Defendant Sean L. Creamer.

4. As stated in the Court's Order granting in part and denying in part Plaintiff Direct General Insurance Company's Motion to Tax Costs (Doc. 137), costs are entered in favor of Plaintiff Direct General

Insurance Company and against Defendants Delvis T. Eason and Sean L. Creamer, jointly and severally, in the amount of $500.00. Post-judgment interest will accrue at the statutory rate set forth in 28 U.S.C. § 1961.

**DONE AND ORDERED** in Jacksonville, Florida the 22nd day of December, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record